FILED

2021 JUN -7 PM 3: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 21-CV-2193-Bloom

MARio DYRE11 Goodhigh

(Write the full name of the plaintiff)

vs. Florida DEPARTMENT of CORRECTIONS
LIEUTENANT K. DUIEY
Officer R. GREEN          2:21-CV-448-SPC-MRM
Midnight CAPTAIN

(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: MARio Goodhigh
Address: 33123 oil well Road Punta Gorda, fl 33955
Inmate/Prison No.: M28779
Year of Birth: 7-6-78 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: K. DUIEY    Defendant: R. GREEN
Official Position: Lieutenant  Official Position: C.O.
Place of Employment: Charlotte Correctional Institution   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

My DC confinement time ended April 5, 2021. it's no reason for Florida Depart of Corrections to keep still holding me an still in this confinement without anything pending against. I'm doing more time that I shouldn't even been be doing. Which is illegal

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary. from D-O-C monetary damages I want $80,000 awarded to me or an settlement. And knowing I'm off DC confinement status. D.O.C. told me I'm not allowed to have music tablet still because I'm CM-2. if my time ended by right I'm not on any status at all want the Courts to make D.O.C pay me And contact Charlotte Correctional to have them give me my music tablet

its KNOW REASON why I can4 get my music tabled from property I did my time. And its KNOW REASON for d.o.c. to have me on either A.C. status don't have Anything pending

IV. Jury Demand

Are you demanding a jury trial?  ✓ Yes  ___ No

Signed this ___ day of JUNE, 20 21

Mario Tyrell Goodlugh
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 6-2-21

Mario Tyrell Goodlugh
Signature of Plaintiff

Asking the courts to make d.o.c. Release me from confinement what d.o.c. is doing over riding me knowing my time ended. Present this part b-Response to the Ourers I want An fair trial monetary damages also from Lieutenant K. Duley. officer R. Green And Captain I want the courts to get And Also investigate video footage $80,000 from officer R.Green. show Ourers photo footage.