UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO DYRELL GODHIGH,

    Plaintiff,

v.                                     Case No: 2:21-cv-448-SPC-MRM

FLORIDA DEPARTMENT OF
CORRECTIONS, K. DULEY, R.
GREEN and MIDNIGHT
CAPTAIN,

    Defendants.
_____/

**OPINION AND ORDER**[1]

Before the Court is *pro se* Plaintiff Mario Dyrell Godhigh's civil rights Complaint. (Doc. 1). As a prisoner, Plaintiff moves to proceed *in forma pauperis*. (Doc. 2) Because the Court finds Plaintiff to be barred from doing so under 28 U.S.C. § 1915(g), it dismisses this action without prejudice.

Under § 1915(g), a prisoner cannot proceed *in forma pauperis* if "on 3 or more prior occasions, while incarcerated or detained in any facility, [he] brought an action or appeal in a [federal] court . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state claim upon which relief

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

may be granted[.]" 28 U.S.C. § 1915(g); see *Lomax v. Ortiz-Marquez,* 140 S. Ct. 1721, 1723 (2020) ("To help staunch a 'flood of nonmeritorious' prisoner litigation, the Prison Litigation Reform Act of 1995 (PLRA) established what has become known as the three-strikes rule." (citation omitted)).  And "[a] dismissal of a suit for failure to state a claim counts as a strike, whether or not with prejudice." *Lomax,* 140 S. Ct. at 1727.

The Court takes judicial notice of Plaintiff's five prior federal lawsuits that were filed before this case and dismissed as frivolous, malicious, or failing to state claim upon which relief may be granted: Case Nos. (1) 12-23418-CIV-HOEVELER (S.D. Fla.) (failure to state a claim); (2) 12-24305-CIVGRAHAM/WHITE (S.D. Fla.) (failure to state a claim); (3) 3:17-cv-1229-J-20PDB (failure to state a claim); (4) 18-24270-CIV-GRAHAM/WHITE (S.D. Fla.) (failure to state a claim and frivolous); and (5) 3:19-cv-1410-HLA-JBT (frivolous).[2]

Also, Plaintiff is not exempt from § 1915(g)'s three-strikes rule, as the Complaint does not allege he is in imminent danger to a serious physical injury. *Mitchell v. Nobles,* 873 F. 3d 869, 872 (11th Cir. 2017).

---

[2] Plaintiff has been informed several times that he is a three-strikes litigant under 28 U.S.C. § 1915(g), and his cases have been dismissed on that basis.  *See* Case No. 2:21-cv-251-SPC-MRM, Order (Doc. 4, Mar. 26, 2021) and Case No. 2:21-cv-349-SPC-MRM, Order (Doc. 4, April 30, 2021).

The Court thus dismisses the Complaint without prejudice. If Plaintiff wishes to pursue his claim(s), he must file a new complaint—under a new case number—and pay the $402.00 filing fee.

Accordingly, it is

**ORDERED:**

1. The Complaint (Doc. 1) is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g).

2. The Clerk is **DIRECTED** to enter judgment, deny as moot any pending motions, and close this file.

**DONE** and **ORDERED** in Fort Myers, Florida on June 9, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record